IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:21-CR-145-TAV-JEM |
| ANTHONY L. WALDO, | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the Court on Defendant Anthony Waldo's pro se Motion for Substitution of Counsel [Doc. 139], filed on October 13, 2022. *See* 28 U.S.C. § 636(b). The Court appointed CJA Panel Attorney Jamie P. Hughes to represent Defendant Waldo on December 17, 2021 [Doc. 48]. In his pro se filing, Defendant asks the Court to substitute counsel in place of Attorney Hughes. Defendant states that he and Attorney Hughes possess a clear and plain legitimate difference of opinion regarding a fundamental trial tactic, and that this difference of opinion has rendered counsel ineffective and otherwise caused a fundamental breakdown in communication and trust between Defendant and counsel.

Defendant is presently represented by counsel, and the Local Rules of this Court prohibit him from filing motions on his own behalf. E.D. Tenn. L.R. 83.4(c). In addition, the Court must find good cause for the substitution of court-appointed counsel, *see Wilson v. Mintzes*, 761 F.2d 275, 280 (6th Cir. 1985), and it needs additional information to make that determination. Accordingly, the Court **ORDERS** as follows:

> (1) Defense counsel is **DIRECTED** to confer with Defendant Waldo about the concerns expressed in his pro se filing [Doc. 139] and to file either a motion for review of the attorney-

client relationship or a motion to withdraw the pro se motion, as appropriate; and

(2) Defense counsel shall file a motion for review of the attorney-client relationship or a motion to withdraw the pro se motion on or before **October 28, 2022**.

**IT IS SO ORDERED.**

ENTER:

/s/ Jill E. McCook
Jill E. McCook
United States Magistrate Judge